IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KEVIN L. TUCKER,**

       **Plaintiff,**

  vs.                               Civil Action 2:07-CV-1071
                                        Judge Marbley
                                        Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security,**

       **Defendant.**

## ORDER

       The joint motion of the parties, Doc. No. 28, for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412 ("EAJA"), is **GRANTED.**

       Plaintiff is **AWARDED** an attorney's fee under the EAJA in the total amount of $2,695.00.

                                                  *s/Algenon L. Marbley*
                                                     Algenon L. Marbley
                                         United States District Judge